UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Raymond Ngankou

    v.                              Civil No. 06-cv-309-JD

United States of America

PROCEDURAL ORDER

The petitioner has filed a motion pursuant to 28 U.S.C. § 2255 in which he raises two issues with respect to his claim for ineffective assistance of counsel:

1. No appeal was filed on his behalf as requested;

2. He was advised to take the government's offer of a sentence of 120 months in return for dropping his objections to an enhancement for being an organizer, leader, manager, or supervisor.

The court has determined that an evidentiary hearing on these two issues would be helpful in resolving this petition. The clerk shall schedule a hearing at which the defendant and Attorney Saxe shall be present.

Counsel is appointed to represent the petitioner at the hearing.

SO ORDERED.

                                                  Joseph A. DiClerico, Jr.
                                                 United States District Judge

November 20, 2006

cc: Aixa Maldonado-Quinones, Esquire
    Robert J. Veiga, Esquire
    Raymond Ngankou