```
           UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF NEW HAMPSHIRE
```

Raymond Ngankou

    v.                                Civil No. 06-cv-309-JD

United States of America


PROCEDURAL ORDER


    This is a § 2255 petition.  Counsel for the petitioner has requested travel expenses so that she can meet with her client at Allenwood Low FCI in Pennsylvania.  The request includes airline and hotel expenses.  The request is denied.

    The hearing in this case is scheduled for January 22, 2007. The United States Marshal is ordered to transport the petitioner to this district several weeks before the hearing so that his counsel can meet with him.  The United States Marshal shall inform counsel when the defendant arrives in this district. Counsel may request the United States Marshal to transport the petitioner to the courthouse where she will be able to meet with him when necessary in a confidential setting.

    Prior to the defendant's arrival in this district, counsel may make unmonitored telephone calls to her client by making arrangements with his unit counselor.  The local United States

Probation Office can facilitate this and counsel should be in contact with that office in order to arrange for those calls.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

November 27, 2006

cc:  Sandra F. Bloomenthal, Esquire
     Aixa Maldonado-Quinones, Esquire
     Robert J. Veiga, Esquire
     United States Marshal